AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Emirates Airlines | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. $6:15CV561-0RL-18TBS$ |
| v. | ) | |
| Jordan Jinhee Kim aka Jordan Kim, aka Jinhee Kim and Kim&Kim Asset L.L.C. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jordan Jinhee Kim aka Jordan Kim, aka Jinhee Kim
2008 Alaqua Drive
Longwood, Florida 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew C. Lourie
Kobre & Kim LLP
2 South Biscayne Boulevard, 35th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/06/2015  _4/7/2015_

CLERK OF COURT

_C. Henderson_

_Signature of Clerk or Deputy Clerk_