UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| EMIRATES AIRLINE<br><br>*Plaintiff,*<br><br>v.<br><br>JORDAN JINHEE KIM, aka JORDAN KIM, aka JINHEE KIM,<br><br>*Defendant.* | Case Number: 6:15-cv-561-Orl-18TBS |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

  a. Emirates Airline;
  b. The Emirates Group;
  c. Investment Corporation of Dubai;
  d. Jordan Jinhee Kim, a/k/a Jordan Kim a/k/a Jinhee Kim;
  e. Hyun Cho;
  f. Ryan Kim;
  g. Kim&Kim Asset, LLC; and
  h. Korea Exchange Bank

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Emirates Airline

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 21, 2015

Miami, Florida

Respectfully submitted,

Andrew C. Lourie
Florida Bar No. 87772
Trial Counsel
Michael Fasano
Florida Bar No. 98498
KOBRE & KIM LLP
2 South Biscayne Boulevard
35th Floor
Miami, Florida 33131
Tel: +1 (305) 967-6100
Fax: +1 (305) 967-6120
Andrew.Lourie@kobrekim.com
Michael.Fasano@kobrekim.com
*Attorneys for Plaintiff Emirates Airline*

## CERTIFICATE OF SERVICE

I CERTIFY that on April 21, 2015 a true and correct copy of the foregoing was served by U.S. Mail to:

Jordan Jinhee Kim
2008 Alaqua Drive
Longwood, Florida 32779

KOBRE & KIM LLP